In the Matter of the Application of DANIEL KORNBLUM, Petitioner, Appellant, for an Order under Article 78 of the Civil Practice Act, against HARRY W. MARSH, as President of the Municipal Civil Service Commission of the City of New York, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of WILLIAM H. COHEN, Holder of One-half of the Stock of the MARFRAN REALTY CORPORATION, Entitled to Vote at an Election of Directors, for a Voluntary Dissolution of the Said Corporation. WILLIAM H. COHEN, Petitioner, Appellant; MEYER L. AGIN, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

S. & W. WALDBAUM, INC., and Others, Appellants, v. MABEL F. OETJEN and SAMUEL GRUBER, Respondents, Impleaded with Others, Defendants.— Order, so far as appealed from, unanimously modified by allowing examination of the defendant Mabel F. Oetjen with respect to items 3, 4, 7, 8, 9, 10, 16 and 20 of the notice of motion; and by allowing examination of the defendant Samuel Gruber with respect to items 2, 4, 10, 28 and 29 of the notice of motion, and as so modified affirmed. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

DORA REILLY, Respondent, v. JOSEPH A. REILLY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of MORRIS MIZRAHI, Petitioner, Respondent, against DIXIE FIRE INSURANCE COMPANY OF GREENSBORO, NORTH CAROLINA, and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

GUY H. MONTMARTIN, Appellant, v. DUPUIS PROCESS, INC., and Another, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

RICHARD GALE v. HENRY WAGSTAFF RYAN and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.